|                                      |        | AUSA:  | Susan Fairchild  | Telephone: (313) 226-9577 |
|--------------------------------------|--------|--------|------------------|---------------------------|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: |        | Wayne Williams   | Telephone: (313) 550-7945 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Eduardo MAYA-RODRIGUEZ

Case No. Case: 2:25–mj–30358
Assigned To : Unassigned
Assign. Date : 6/4/2025
Description: CMP USA V.
MAYA–RODRIGUEZ (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 22, 2025 _____ in the county of _____ Oakland _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section     | Offense Description                                        |
|------------------|------------------------------------------------------------|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about May 22, 2025, in the Eastern District of Michigan, Southern Division, Eduardo MAYA-RODRIGUEZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about August 31, 2018, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☐ Continued on the attached sheet.

*Complainant's signature*

Wayne Williams, Border Patrol Agent, DHS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 4, 2025

*Judge's signature*

City and state: Detroit, MI

Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Eduardo MAYA-RODRIGUEZ, which reveals the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Eduardo MAYA-RODRIGUEZ.

4. Eduardo MAYA-RODRIGUEZ is a twenty-eight-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about October 26, 2013, MAYA-RODRIGUEZ was issued a citation for driving while license not valid or improper license from Rochester Police Department in Rochester, Michigan.

6. On or about November 14, 2013, MAYA-RODRIGUEZ was found guilty of driving while license not valid or improper license. He was sentenced to 90 days' with 20 days' credit.

7. On or about December 24, 2015, MAYA-RODRIGUEZ was issued a citation by Oakland County Sheriffs for failure to display license, possession of marijuana and improper license plate.

8. On or about May 25, 2017, MAYA-RODRIGUEZ, was pulled over by Oakland County Sheriffs for not wearing a seat belt. During record checks it was discovered that he had outstanding bench warrants for failure to appear. He was arrested and lodged at Oakland County Jail.

9. On or about May 26, 2017, MAYA-RODRIGUEZ was encountered by ICE/ERO officers at Oakland County jail in Oakland County, Michigan. A detainer was placed by ICE/ERO.

10. On or about July 11, 2017, MAYA-RODRIGUEZ was found guilty and convicted of Possession of Marijuana and Failure to Display a Valid License. He was sentenced to 40 days in jail.

11. On or about November 20, 2017, MAYA-RODRIGUEZ was granted a Voluntary Removal and was removed through Detroit, Michigan to Mexico.

12. On or about June 15, 2018, MAYA-RODRIGUEZ was arrested by United States Border Patrol Agents near Brownsville, Texas. He was processed as an Expedited Removal.

13. On or about June 16, 2018, MAYA-RODRIGUEZ was ordered removed by an Immigration Judge in Texas.

14. On or about June 18, 2018, MAYA-RODRIGUEZ was convicted of 8 U.S.C. §1325, Illegal Entry in the U.S. District Court for the Southern District of Texas-Brownsville Division and was sentenced to time served.

15. On or about June 19, 2018, MAYA-RODRIGUEZ was removed from the United States to Mexico through Brownsville, Texas.

16. On or about June 29, 2018, MAYA-RODRIGUEZ was arrested by United States Border Patrol Agents after using fraudulent documents to enter through the DeConcini Port of Entry in Nogales, Arizona. MAYA-RODRIGUEZ presented himself as a United States Citizen and presented a fraudulent Arizona driver's license and a fraudulent Arizona Birth Certificate, identifying himself as Claudio JR Esquer. He was charged with a violation of 8 U.S.C. §1325, Attempted Illegal Entry.

17. On or about July 10, 2018, MAYA-RODRIGUEZ was found guilty in the District Court for the District of Arizona of a violation of 8 U.S.C. §1325, Attempted Illegal Entry. MAYA-RODRIGUEZ pleaded guilty pursuant to a plea agreement, in which the felony charge of Unlawful Re-Entry, in violation of 8 U.S.C. §1326 was dismissed. He was sentenced to 60 days in the Bureau of Prisons, with credit for time served.

18. On or about August 31, 2018, MAYA-RODRIGUEZ was removed from the United States to Mexico through Nogales, Arizona. At the time of his removal MAYA-RODRIGUEZ admitted to using a fraudulent name to attempt to enter the United States and to falsely representing himself as a United States citizen. He acknowledged that he had purchased the fraudulent documents in Mexico prior to crossing into the United States.

19. On or about May 22, 2025, MAYA-RODRIGUEZ was arrested by United States Border Patrol Agents near Auburn Hills, Michigan after they responded to a call for assistance from Auburn Hills Police Department during a traffic stop. MAYA-RODRIGUEZ was processed as Reinstatement of Deportation Order.

20. During processing, it was discovered that MAYA-RODRIGUEZ had an outstanding Friend of the Court warrant in Oakland County for neglect of a child. Oakland County Sheriff's Office picked him up and placed him in custody. An immigration detainer was issued. On May 27, 2025, MAYA-RODRIGUEZ posted a bond and was released from custody by the Oakland County Sheriff's Office. MAYA-RODRIGUEZ was taken into custody by immigration authorities.

21. Eduardo MAYA-RODRIGUEZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that MAYA-RODRIGUEZ is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that MAYA-RODRIGUEZ legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

22. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357,

1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

23. Review of the Alien File (A# xxx xxx 113) for Eduardo MAYA-RODRIGUEZ and queries in Department of Homeland Security databases confirm no record exists MAYA-RODRIGUEZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on August 31, 2018.

24. Based on the above information, I believe there is probable cause to conclude that Eduardo MAYA-RODRIGUEZ, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

*Wayne Witt*

Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Kimberly Altman
United States Magistrate Judge

June 4, 2025